IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GREG PURYEAR,

        Plaintiff,

v.                                                                  No.     2:10-CV-01233 KBM/CG

ADAM JERREL, SEAN DOWNEY, AND
JOHN GASKINS IN THEIR INDIVIDUAL
CAPACITIES ,

        Defendants.

## ORDER TO EXTEND DISCOVERY DEADLINE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Discovery Deadline*, (Doc. 34). The parties seek to extend the discovery deadline from August 5, 2011, to September 19, 2011, in order to complete several depositions. (*Id.*). The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** the motion to be well-taken.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Extend Discovery Deadline*, (Doc. 34), shall be granted and the discovery deadline shall be extended from August 5, 2011 until September 19, 2011. No other deadlines set in the Court's scheduling order, (Doc. 18), shall be extended.

_____
THE HONORABLE CARMEN GARZA
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED BY:**

**GALLAGHER, CASADOS & MANN, P.C.**

/s/Harriett J. Hickman/s/_____
Harriett J. Hickman
Attorneys for Defendants
Adam Jarrell and John Gaskins


**APPROVED:**

**HEIDEL, SAMBERSON, NEWELL, COX & MCMAHON**

By: /s/Michael Newall/s/_____
Michael Newall and
Patrick McMahon for Plaintiff
Greg Puryear

2