## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GREG PURYEAR,

                Plaintiff,

v.                                    No.  2:10-CV-01233 CG/WPL

ADAM JERREL AND
JOHN GASKINS IN THEIR INDIVIDUAL
CAPACITIES ,

                Defendants.

### JUDGMENT ON THE VERDICT

THIS MATTER having coming before the Court for Trial before a Jury on January 11 and 12, 2012, the parties appearing in person and by counsel, the Jury having heard evidence and having been instructed on the law and having rendered a verdict in favor of the Defendants.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be and thereby is entered in favor of Defendants and against Plaintiff in the above-captioned matter and Plaintiff's claims are dismissed with Prejudice.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

APPROVED:

**GALLAGHER, CASADOS & MANN, P.C.**

/s/Harriett J. Hickman (01/17/12) /s/_____
Harriett J. Hickman
*Attorney for Defendants Adam Jarrell and John Gaskins*

317 Commercial N.E., Second Floor
Albuquerque, NM 87102
(505) 243-7848 Fax (505) 764-0153


**HEIDEL, SAMBERSON, NEWELL, COX & MCMAHON**


/s/Michael Newell/s/ Telephonic approval  (01/16/12)
Michael Newell
Patrick McMahon
*Attorney for Plaintiff*
PO Drawer 1599
Lovington NM 88260
(575) 396-5303 Fax (575) 396-5305